IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| **Scott Clickner,** | Case No. 2:22-cv-01020 |
| Plaintiff, | |
| v. | **Defendant Prairie Farms Dairy, Inc.'s Corporate Disclosure Statement** |
| **Prairie Farms Dairy, Inc.,** | |
| Defendant. | |

Defendant Prairie Farms Dairy, Inc. files this corporate disclosure statement to comply with this Court's local rules, the Federal Rules of Civil Procedure, and the deadlines they set for this disclosure.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rules 7.1(b) and 81(c), Prairie Farms Dairy, Inc. provides the following information to the Court:

*(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in the case:*

Defendant Prairie Farms Dairy, Inc. does not have a parent corporation or subsidiaries.

*(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

Prairie Farms Dairy, Inc. is the only entity with a direct connection to this litigation.

| | |
|---|---|
| Dated: September 28, 2022. | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>/s/ Susan P. Elgin<br>Susan P. Elgin, *Lead Counsel*<br>  susan.elgin@faegredrinker.com<br>Michael A. Giudicessi<br>  michael.giudicessi@faegredrinker.com<br>801 Grand Avenue, 33rd Floor<br>Des Moines, Iowa 50309-8003<br>Telephone: (515) 248-9000<br>Facsimile: (515) 248-9010<br><br>**ATTORNEYS FOR DEFENDANT** |

### Certificate of Service

The undersigned certifies that a true copy of the foregoing **Defendant Prairie Farms Dairy, Inc.'s Corporate Disclosure Statement** was served upon the following parties through the court's CM/ECF electronic filing system on September 28, 2022.

/s/ Trisha Richey

Original filed;
Copy to:

Erin M. Tucker
  erintucker@tuckerlaw.net

*Attorney for Plaintiff*